# UNITED STATES DISTRICT COURT
# SOUTHER DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVIS VARBLE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MIDWEST WATER & CONCRETE, INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-00247-GCS |

## ORDER APPROVING SETTLEMENT

**Sison, Magistrate Judge:**

Having reviewed and considered Plaintiff's Consent Motion for Final Certification of Class Action Settlement, Approval of a Collective Action Settlement and Dismissal of the Claims with Prejudice (Doc. 40), having held a hearing on June 3, 2020 on the same, and having outlined the Court's reasons in detail on the record, the Court hereby orders as follows:

1. The Court **CERTIFIES**, as set forth in the parties' settlement agreement, an Illinois class action for purposes of settlement. The class is defined as: "All laborers who have worked for Midwest Water & Concrete, Inc. at any time from February 28, 2016 to November 22, 2019;"

2. The Court **CERTIFIES**, as set forth in the parties' settlement agreement, a Fair Labor Standards Act ("FLSA") collective action. The collective action class is defined as: "All laborers who have worked for Midwest Water & Concrete, Inc. at any time from February 28, 2016 to November 22, 2019 who timely filed a claim;"

3. The Court **FINDS** the settlement reached by the parties, as set forth in the Settlement and Release Agreement ("Settlement Agreement") is fair and reasonable, suffers from no obvious defects, was reached after arm's-length negotiations between the parties and constitutes a reasonable compromise of the claims and defenses in this matter;

4. The Court **GRANTS** approval of the settlement pursuant to Fed. R. Civ. Proc. 23(e) and Section 16(b) of the FLSA, 29 U.S.C. § 216(b);

5. Named Plaintiff Travis Varble is awarded a $2,000.00 service award for his initiative, services to the Class, and taking the risks of bringing this Action as a class action, which has resulted in substantial benefits to the Class;

6. Plaintiff's Counsel are awarded their reasonable attorneys' fees of $39,705.00 incurred in pursuing the claims. The Court finds that the hourly rates and times attested to by Mr. Potashnick and Mr. Daugherty are fair and reasonable;

7. Plaintiff's Counsel are awarded their reasonable costs of $491.78 incurred in pursuing the claims.

8. The Parties are to implement the terms of the Settlement; and

9. This Court hereby **GRANTS** Consent Motion for Final Certification of Class Action Settlement, Approval of a Collective Action Settlement and Dismissal of the Claims with Prejudice (Doc. 40).

**IT IS SO ORDERED:**

**Date:  June 5, 2020.**

Digitally signed by Judge Sison
Date: 2020.06.05 09:53:35 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**